**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

STEPHEN KNUTH,

    Plaintiff,

v.                                                                  Case No. 3:16-cv-712-J-32PDB

CREDIT ONE BANK, N.A.,

    Defendant.

## O R D E R

Upon review of the Joint Stipulation of Dismissal With Prejudice (Doc. 11), filed on February 7, 2017, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of February, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

ab
Copies:

Counsel of record